**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 03-7079

SHERMAN DARRELL PAYNE-EL,

Petitioner - Appellant,

versus

AL HAYNES, Warden; FEDERAL CORRECTIONAL
INSTITUTE - MORGANTOWN; UNITED STATES PAROLE
COMMISSION,

Respondents - Appellees.

Appeal from the United States District Court for the Northern
District of West Virginia, at Clarksburg.  Irene M. Keeley, Chief
District Judge.  (CA-02-183-1)

Submitted:  March 26, 2004          Decided:  July 27, 2004

Before LUTTIG, WILLIAMS, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Sherman Darrell Payne-El, Appellant Pro Se. Shawn Angus Morgan,
OFFICE OF THE UNITED STATES ATTORNEY, Clarksburg, West Virginia,
for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Sherman Darrell Payne-El appeals the district court's order denying his petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2241 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Payne-El v. Haynes, No. CA-02-183-1 (N.D.W. Va. June 25, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED